

# **Memorandum**

| Subject | Date |
|---|---|
| UNSEALING | April 24, 2026 |
| U.S. v. ██████████████████████ ████████████████████████ ███████████████████████ ████████████████ ESTEFANY GALINDEZ LOPEZ, ████████████████████ ████████████████ ██████████████ ███████████████ ████████████ ██████████████ 8:26CR31 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA Sean P. Lynch |

Be advised that one of the above-named Defendants is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Judge case but the underlying Complaint and Affidavit

should remain **Restricted**

☒ <u>Unseal case but the Indictment should be **Sealed** (Redacted Indictment to be provided)</u>

1