IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>ESTEFANY GALINDEZ LOPEZ,<br><br>Defendant. | **8:26-CR-31**<br><br><br><br>**ORDER** |

On April 7, 2026, the Government filed a Motion for Review of Revocation of a Release Order (Motion for Review) requesting that the Court review and overrule an order by a United States Magistrate Judge in the Western District of North Carolina releasing defendant Estefany Galindez Lopez pending trial. Filing 6. On April 8, the Court ordered counsel for the defendant to file a written response to the Government's motion by 12:00 p.m. CDT on April 10, 2026. Filing 9. Later in the day on April 8, the Government filed a Motion for Emergency Stay of a Release Order asking the Court to stay the magistrate judge's release order. Filing 10. The Court subsequently entered an order staying the release order pending the Court's ruling on the Government's Motion for Review. Filing 11. After the Court learned that the defendant's counsel in the Western District of North Carolina would not be representing the defendant in the District of Nebraska, the Court referred the issue of appointment of counsel to United States Magistrate Judge Ryan C. Carson. Filing 14. On April 15, 2026, the defendant was appointed counsel in this case. Filing 15. The Court ordered new counsel for the defendant to file a written response by 12:00 p.m. CDT on Tuesday, April 21, 2026;

however, the Court later granted the defendant's Unopposed Motion to Extend Filing Deadline and set a new response deadline of May 8, 2026. Filing 18; Filing 19 (Text Minute Entry).

The defendant has filed a second Unopposed Motion to Extend Filing Deadline. Filing 33. The defendant requests that the Court extend her deadline to file a written response to May 26, 2026. Filing 33 at 1. The defendant asserts that her counsel "has made a request for the transcript and audio of the detention hearing held in North Carolina. Counsel has received the audio, and needs to review it and draft the response." Filing 33 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED:

1. The defendant's Unopposed Motion to Extend Filing Deadline, Filing 33, is granted;

2. The defendant shall have to and including May 26, 2026, to file a written response to the Government's Motion for Review of Revocation of a Release Order, Filing 6; and

3. Pursuant to the Court's Order at Filing 11, the magistrate judge's April 3, 2026, order granting the defendant pretrial release remains stayed pending this Court's ruling on the Government's Motion for Review of Revocation of a Release Order, Filing 6.


Dated this 11th day of May, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

2